Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NORMA SCOTT )
) Case No: 16-cv-03369
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
BAYER CORP., et al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

   I, Robert K. Jenner, an active member in good standing of the bar of the USDC of Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Norma Scott in the above-entitled action. My local co-counsel in this case is M. Elizabeth Graham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1777 Reisterstown Road, Suite 165<br>Baltimore, MD 21208 | 407 Nevada Ave.<br>San Mateo, CA 94402 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (410) 653-3200 | (415) 710-7973 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rjenner@myadvocates.com | egraham@gelaw.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 04165.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/13/16                           /S/ Robert K. Jenner
                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Robert K. Jenner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 13, 2016.
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE