M. Elizabeth Graham, CA 143085
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Phone: (302) 622-7000
Fax: (302) 622-7100
Email: egraham@gelaw.com

Attorneys for Plaintiff Norma Scott

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMA SCOTT<br><br>Plaintiff,<br><br>   vs.<br><br>BAYER CORP., an Indiana corporation; BAYER HEALTHCARE LLC, a Delaware company; BAYER ESSURE INC. (F/K/A CONCEPTUS, INC.), a Delaware corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:16-CV-3369-WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TAKE NOTICE that Plaintiff, Norma Scott, by and through her attorneys and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action without prejudice.

Dated: August 8, 2016

By: /S/ M. Elizabeth Graham
M. Elizabeth Graham, CA 143085
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Phone: (302) 622-7000 / Fax: (302) 622-7100
Email: egraham@gelaw.com